IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MICHAEL WAYNE FORD, Register No. 34810, )
                                          )
                    Plaintiff,            )
                                          )
            v.                            )   No. 07-4184-CV-C-NKL
                                          )
MATT BLUNT, et al.,                       )
                                          )
                    Defendants.           )

## ORDER

On February 28, 2008, United States Magistrate Judge William A. Knox recommended that plaintiff's motion for injunctive relief be denied, without prejudice. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of February 28, 2008, is adopted. [23] It is further

ORDERED that plaintiff's motion for injunctive relief is denied, without prejudice. [5]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: April 8, 2008
Jefferson City, Missouri