# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

MICHAEL WAYNE FORD, Register No. 34810, )
                                         )
                    Plaintiff,           )
                                         )
            v.                           )    No. 07-4184-CV-C-NKL
                                         )
LARRY CRAWFORD, et al.,                  )
                                         )
                    Defendants.          )

## ORDER

      On June 23, 2008, United States Magistrate Judge William A. Knox recommended that the motion to dismiss all claims against defendant Matt Blunt be denied as moot, and the Clerk of Court be directed to modify the docket sheet to show that Matt Blunt is no longer a party in this case. Judge Knox further recommended that the motion to dismiss for failure to state a claim be denied as moot in light of the second amended complaint. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

      A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

      IT IS, THEREFORE, ORDERED that the Report and Recommendation of June 23, 2008, is adopted. [34] It is further

      ORDERED that the motion to dismiss all claims against defendant Matt Blunt is denied as moot, and the Clerk of Court is directed to modify the docket sheet to show that Matt Blunt is no longer a party in this case. [28] It is further

      ORDERED that the motion to dismiss for failure to state a claim is denied as moot in light of the second amended complaint. [27]

                                  /s/
                                  NANETTE K. LAUGHREY
                                  United States District Judge

Dated: August 4, 2008
Jefferson City, Missouri