**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | |
|---|---|
| MICHAEL WAYNE FORD, Register No. 34810, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-4184-CV-C-NKL |
| ) | |
| TERI LAWSON, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On December 30, 2008, United States Magistrate Judge William A. Knox recommended that defendants' motion to dismiss be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of December 30, 2008, is adopted. [57] It is further

ORDERED that the motion of defendants Clements, Crawford, Dormire, and Baker to dismiss is denied as moot. [43]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: January 23, 2009
Jefferson City, Missouri